**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STATE FARM FIRE & CASUALTY CO. a/s/o<br>ALAN & HEATHER SHAW<br>2010 OAKWOOD DRIVE<br>HANOVER, PA  17331<br><br>      **Plaintiff**<br><br>      v.<br><br>**AMERICAN-HUNGERFORD BUILDING PRODUCTS**<br>150 FULLING MILL ROAD<br>MIDDLETOWN, PA 17057<br><br>and<br><br>**TOPBUILDER CORP. f/k/a MASCO CONTRACTOR SERVICES**<br>475 N. WILLIAMSON BOULEVARD<br>DAYTONA BEACH, FL 32114<br><br>and<br><br>**MASCO CONTRACTOR SERVICES**<br>150 FULLING MILL ROAD<br>MIDDLETOWN, PA 17057<br><br>and<br><br>**TRUTEAM BUILDERS SERVICES GROUP d/b/a AMERICAN HUNGERFORD BUILDING PRODUCTS**<br>150 FULLING MILL ROAD<br>MIDDLETOWN, PA 17057<br><br>and<br><br>**BUILDERS SERVICES GROUP, INC. d/b/a AMERICAN HUNFORD BUILDING PRODUCTS**<br>475 N. WILLIAMSON BOULEVARD<br>DAYTONA BEACH, FL 32114<br><br>      **Defendants** | **Civil Action No.:**<br><br>**1:18-cv-00135-JEJ**<br><br><br><br>**NON-ARBITRATION** |

## **NOTICE OF VOLUNTARY DISMISSAL OF ACTION**

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

The Plaintiff in the above-captioned matter hereby voluntarily dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

This dismissal shall be without prejudice, with each side to bear its own costs and fees.

Respectfully submitted,

Dated: __March 21, 2018__  BY: _s/ Daniel J. de Luca_

Daniel J. de Luca
Attorney for Plaintiff
de Luca Levine LLC
Three Valley Square, Suite 220
Blue Bell, PA 19422
Phone: (215) 383-0081 / Fax: (215) 383-0082

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STATE FARM FIRE & CASUALTY CO. a/s/o ALAN & HEATHER SHAW<br>2010 OAKWOOD DRIVE<br>HANOVER, PA 17331<br><br>      **Plaintiff**<br><br>   v.<br><br>AMERICAN-HUNGERFORD BUILDING PRODUCTS<br>150 FULLING MILL ROAD<br>MIDDLETOWN, PA 17057<br><br>and<br><br>TOPBUILDER CORP. f/k/a MASCO CONTRACTOR SERVICES<br>475 N. WILLIAMSON BOULEVARD<br>DAYTONA BEACH, FL 32114<br><br>and<br><br>MASCO CONTRACTOR SERVICES<br>150 FULLING MILL ROAD<br>MIDDLETOWN, PA 17057<br><br>and<br><br>TRUTEAM BUILDERS SERVICES GROUP d/b/a AMERICAN HUNGERFORD BUILDING PRODUCTS<br>150 FULLING MILL ROAD<br>MIDDLETOWN, PA 17057<br><br>and<br><br>BUILDERS SERVICES GROUP, INC. d/b/a AMERICAN HUNFORD BUILDING PRODUCTS<br>475 N. WILLIAMSON BOULEVARD<br>DAYTONA BEACH, FL 32114<br><br>      **Defendants** | Civil Action No.:<br><br>1:18-cv-00135-JEJ<br><br><br><br>NON-ARBITRATION |

## **CERTIFICATE OF SERVICE**

I, Daniel J. de Luca, Esquire, hereby certify that on the date indicated below, I electronically filed the foregoing with the Clerk of the Court for the USDC for the Middle District of Pennsylvania by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: March 21, 2018   BY:   *s/ Daniel J. de Luca*
　　　　　　　　　　　　　　　Daniel J. de Luca
　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　de Luca Levine LLC
　　　　　　　　　　　　　　　Three Valley Square, Suite 220
　　　　　　　　　　　　　　　Blue Bell, PA 19422
　　　　　　　　　　　　　　　Phone: (215) 383-0081 / Fax: (215) 383-0082